**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In the matter of:** | : | Case No. 08-53843 |
| **JERRAMIE E. CONANT** | : | Chapter 7 (JUDGE HOFFMAN) |
| **SHARON A. CONANT** | : | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $147.38 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The names(s) and addresses for the parties entitled to those unclaimed dividends are as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Standing Stone<br>PO Box 2610<br>Lancaster, OH 43130 | 3 | $147.38<br>(overpayment) |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $ | $147.38 |

Dated: 12302009

/s/ Susan L. Rhiel
Case Trustee